Form 3A
(10/05)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Funda Darby__  
            Debtor

Case No. __07-30117__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __0__    Check one ☐ With the filing of the petition, or  
                          ☒ On or before __10/30/07__

   $ __68.50__ on or before __11/30/07__

   $ __68.50__ on or before __12/28/07__

   $ __68.50__ on or before __1/30/08__

   $ __68.50__ on or before __2/29/08__

   *The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

__N/A - Pro Se__                                    __Funda Darby__    __10/30/07__  
Signature of Attorney    Date                         Signature of Debtor    Date  
                                              (In a joint case, both spouses must sign.)

Name of Attorney

Signature of Joint Debtor (if any)    Date

*Stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, OCT 30 2007, KENNETH S. GARDNER, CLERK*

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of \_\_\_\_Illinois\_\_\_\_

In re  Fayda Darby ,
         Debtor

Case No. 07-20117

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                         ☐ On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: 10/30/07

OCT 3 0 2007

Kenneth S. Gardner Clerk of the Court