```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20117
     FONDA DARBY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-4140


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/30/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
EMERGENCY MEDICAL SPECIA  UNSECURED         1016.80        .00           .00
DEVON FINANCIAL SERVICE   UNSECURED           98.25        .00           .00
AMERICAN FINANCIAL CHOIC  SECURED NOT I   NOT FILED        .00           .00
EMERGENCY MEDICAL SPECIA  SECURED NOT I   NOT FILED        .00           .00
RJM ACQUISITIONS FUNDING  SECURED NOT I   NOT FILED        .00           .00
WEST ASSET MANAGEMENT     SECURED NOT I   NOT FILED        .00           .00
NATIONAL ASSET RECOVERY   SECURED NOT I   NOT FILED        .00           .00
M3 FINANCIAL SERVICES IN  SECURED NOT I   NOT FILED        .00           .00
CHICAGO DEPT OF REVENUE   SECURED NOT I   NOT FILED        .00           .00
COMCAST                   SECURED NOT I   NOT FILED        .00           .00
BMG MUSIC SERVICE         UNSECURED       NOT FILED        .00           .00
IMAGINE                   UNSECURED       NOT FILED        .00           .00
NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED        .00           .00
PAYDAY LOAN STORE OF ILL  UNSECURED       NOT FILED        .00           .00
COOK COUNTY STATES ATTOR  UNSECURED       NOT FILED        .00           .00
FIRST PREMIER BANK        UNSECURED       NOT FILED        .00           .00
ASPIRE                    UNSECURED       NOT FILED        .00           .00
GREATER SUBURBAN ACCEPTA  UNSECURED       NOT FILED        .00           .00
COMMONWEALTH EDISON       UNSECURED          501.85        .00           .00
CREDIT PROTECTION         UNSECURED       NOT FILED        .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED        .00           .00
AMERICASH LOANS LLC       UNSECURED          652.60        .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          181.76        .00           .00
ROUNDUP FUNDING LLC       UNSECURED          768.00        .00           .00
M3 FINANCIAL SERVICES IN  UNSECURED          613.00        .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00


          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00


               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20117 FONDA DARBY
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                          .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```